Island Consumers' Council. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondents.

June 26, 1975.

M. P. No. 75-133. CITY OF CRANSTON *v.* JOHN J. HALL *et al.* Petition for writ of certiorari is denied as moot. *Peter Palombo, Jr.,* for petitioner.

M. P. No. 75-157. RICHARD ST. PIERRE *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus assigned to July 7, 1975 for oral argument. *William F. Reilly,* Public Defender, *Peter DiBiase,* Asst. Public Defender for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 75-164. CITY OF WARWICK *v.* WARWICK REGULAR FIREMEN'S ASSOCIATION *et al.* Petition for writ of certiorari granted. *William J. Toohey,* City Solicitor, for petitioner. *Thomas S. Hogan, Cilfford J. Cawley, Frederick J. Slaiger, Arthur Novogroski,* for respondents.

C. A. No. 74-55. STATE *v.* DOMENIC IZZI. Motion of State to dismiss appeal denied as moot. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Giovanni Folcarelli,* for defendant.

APPEAL No. 73-285. KENNETH L. GUILMETTE *v.* HUMBLE OIL & REFINING COMPANY. Withdrawal of petition for counsel fee is granted. *Abraham Goldstein,* for petitioner. *Anthony G. Iannuccillo,* for respondent.

APPEAL No. 74-219. SAINTS SAHAG & MESROB ARMENIAN CHURCH *v.* STATE. Motion of plaintiff for a 30-day extension of time within which to file its brief is granted, but, if said brief is not filed within said time, a motion to dismiss will be in order. *Aram A. Arabian, John K. Najarian,* for plaintiff. *Stephen F. Mullen, F. Thomas O'Halloran,* for defendant.